IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,          Case No. 1:19-cv-01139-CL

        v.          ORDER

STEPHEN L. CHAPMAN; JEANNETTE A. FRY; JACKSON COUNTY,

        Defendants.

MCSHANE, Judge:

Magistrate Judge Mark Clarke filed a Findings and Recommendation (#29), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*.[1] *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#29) is adopted. Plaintiff's Motion for Default Judgment (#25) is GRANTED.

IT IS SO ORDERED.

DATED this 29th day of April, 2020.

                                    /s/ Michael J. McShane
                                    Michael McShane
                                    United States District Judge

---

[1] The United States filed a Notice (#30) stating it would not schedule any sale of the property without leave of the Court and will not move for such an order before July 15, 2020.

1 – ORDER